

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      In re Mother Doe and Father Doe, Individually and as Next
                          Friends of John Doe and Jane Doe

Appellate case number:    01-15-00112-CV

Trial court case number:  1045092

Trial court:              County Civil Court at Law No. 2 of Harris County

Date motion filed:        May 1, 2015

Party filing motion:      Relators


It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ <u>Chief Justice Sherry Radack</u>
                        Acting for the Court

Panel consists of Chief Justice Radack and Justices Brown and Lloyd.

Date:  May 21, 2015